KING *v.* GREENBLATT ET AL.

No. 615, Misc.    Decided November 10, 1969

*Robert H. Quinn,* Attorney General of Massachusetts, and *John Wall* and *Edward W. Hanley III,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

ZWICKER *v.* WISCONSIN

No. 686, Misc.    Decided November 10, 1969

*Anthony G. Amsterdam, Michael Meltsner,* and *Melvyn Zarr* for appellant.

*Robert W. Warren,* Attorney General of Wisconsin, and *William A. Platz, Sverre O. Tinglum,* and *William F. Eich,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.